450 A.2d 190

King, etc., Appellant v. Brooks, etc.
Petition for Allowance of Appeal
Denied Nov. 15, 1982.

Argued October 14, 1981.  Seymour A. Sikov, for appellant; Charles W. Watson, for appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.